IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO JOSEPH,

    Petitioner,                    No. 2:13-cv-0796 GGH P

    vs.

WILLIAM KNIPP,                        <u>ORDER</u>

    Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has consented to a Magistrate Judge in this action pursuant to 28 U.S.C. § 636(c).

        The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. (<u>Joseph v. Pliler</u>, CIV-00-0004 (EJG GGH P). The previous application was filed on January 3, 2000, and was denied on the merits on August 5, 2003. The court's records reflect that since <u>Joseph v. Pliler</u> was decided, petitioner has filed other petitions in this court challenging the same 1997 conviction. See <u>Joseph v. Knowles</u>, case no. 04-cv-1780 MCE GGH P (filed August 26, 2004 and transferred to the Ninth Circuit Court of Appeals as successive on November 29, 2004);

1

1  Joseph v. Knipp, case no. 12-cv-1061 GGH P (filed April 23, 2012 and transferred to the Ninth
2  Circuit Court of Appeals as successive on May 1, 2012); Joseph v. Knipp, case no. 12-cv-2507
3  DAD P (filed October 5, 2012 and dismissed as successive on October 26, 2012).
4         The current petition represents a successive challenge to the same 1997 conviction
5  at issue in each of petitioner's prior petitions.  Accordingly, before petitioner can proceed with
6  the instant application he must move in the United States Court of Appeals for the Ninth Circuit
7  for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).
8  Therefore, petitioner's application must be dismissed without prejudice to its refiling upon
9  obtaining authorization from the United States Court of Appeals for the Ninth Circuit.
10        In accordance with the above, IT IS HEREBY ORDERED that: this action is
11 dismissed without prejudice.
12 DATED: May 29, 2013

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

ggh:076/Jose0796.success.wpd